UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EDWARD HARRELL, | ) | No. SACV 06-153 R (FFM) |
| Petitioner, | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOHN MARSHALL, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed. The Court further finds that petitioner was provided the due process rights to which he was entitled in connection with the conduct of the parole hearing as required by *Swarthout v. Cooke*, 562 U.S. ___, 2011 WL 197627. (*See* Exhibit B to Petition.)

IT IS ORDERED that judgment be entered dismissing this action with prejudice.

DATED: Feb. 16, 2011

MANUEL L. REAL
United States District Judge